UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**THOMAS HARRIS,**

    **Plaintiff,**

  v.                         **Case No.: 2:23-cv-2932**
                               **JUDGE EDMUND A. SARGUS, JR.**
                               **Magistrate Judge Elizabeth Preston Deavers**

**USAA FEDERAL SAVINGS BANK,**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant USAA Federal Savings Bank's Motion to Dismiss. (ECF No. 6.) After Defendant filed the Motion to Dismiss, Plaintiff Thomas Harris moved for leave to file an amended complaint. (ECF No. 11.) That Motion was unopposed and granted by the Court. (ECF No. 13.)

Amended complaints supersede the original pleadings and thus render pending motions to dismiss moot. *Yates v. Applied Performance Techs., Inc.*, 205 F.R.D. 497, 499 (S.D. Ohio 2002) (Holschuh, J.). Because Mr. Harris filed his amended complaint after the Motion to Dismiss, the amended complaint superseded the original complaint, and the pending Motion to Dismiss became moot. Accordingly, the Motion to Dismiss is **DENIED as MOOT** (ECF No. 6).

This case remains open.

    **IT IS SO ORDERED.**

<u>**3/19/2024**</u>                            <u>**s/Edmund A. Sargus, Jr.**</u>
**DATE**                              **EDMUND A. SARGUS, JR.**
                                    **UNITED STATES DISTRICT JUDGE**